1  ALLAN STEYER (Cal. Bar No. 100318)
   D. SCOTT MACRAE (Cal. Bar No. 104663)
2  JILL M. MANNING (Cal. Bar No. 178849)
   STEYER LOWENTHAL BOODROOKAS
3    ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone: (415) 421-3400
5  Facsimile: (415) 421-2234
   e-mail: asteyer@steyerlaw.com
6  e-mail: jmanning@steyerlaw.com

7  Counsel for Plaintiff Chaejean Ko

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11               **SAN FRANCISCO DIVISION**

12

13 | CHAEJEAN KO, on behalf of himself and all           )
   | others similarly situated,                          )
14 |                                            Case No.  )
   |                      Plaintiff,                      )
15 |                                                      )
   | KOREAN AIR LINES CO., LTD., and ASIANA               )
16 | AIRLINES, INC., corporations of the Republic         )   **CLASS ACTION COMPLAINT**
   | of Korea,                                            )
17 |                                                      )   **JURY TRIAL DEMANDED**
   |                      Defendants.                     )
18 |_____)

19

20        Plaintiff, by and through his undersigned attorneys, brings this civil action on behalf of

21  himself and all others similarly situated for compensatory, statutory and exemplary damages and

22  injunctive relief pursuant to Section 1 of the Sherman Antitrust Act of 1890 ("Sherman Act"), 15

23  U.S.C. §1, and Sections 4 and 16 of the Clayton Antitrust Act of 1914 ("Clayton Act"), 15 U.S.C.

24  §§15, 26, against the above-named defendants.   Plaintiff, upon personal knowledge as to his own

25  acts and status, and upon information and belief as to all other matters, alleges the following:

26                        **I. NATURE OF THE ACTION**

27        1.      This case arises out of a long-running international conspiracy beginning no later than

28  January 1, 2000, and continuing until at least July 16, 2006 ("Class Period"), among Defendants and

---

1  their co-conspirators with the purpose and effect of eliminating and suppressing competition by
2  fixing wholesale and passenger fares charged for air travel between the United States and Korea.

3      2.      Defendants and their co-conspirators acted in concert and conspired to artificially
4  inflate the prices of passenger air transportation fares by fixing the prices of the base rates thereof,
5  as well as the fuel surcharges.

6      3.      San Francisco International Airport ("SFO") is a major hub of international air
7  transportation. The Defendants operate multiple direct international flights between Korean airports
8  and SFO. In addition to being one of the largest international airports in the United States, SFO is
9  a significant hub for Defendants.

10     4.      The Defendants, together with their co-conspirators, participated in a conspiracy to
11  fix or maintain certain charges built into the price of international passenger air transportation fares.
12  Because of this unlawful conduct and conspiracy, Plaintiffs and members of the Class paid
13  artificially inflated prices for such fares. Plaintiffs and members of the Class purchased those
14  services and have been damaged thereby.

15                          **II. JURISDICTION AND VENUE**

16     5.      This Complaint is filed under Section 16 of the Clayton Act, 15 U.S.C. §§15 and 26,
17  seeking injunctive relief for violations of Section 1 of the Sherman Act, 15 U.S.C. §1. The Court
18  has jurisdiction over the federal claim under 28 U.S.C. §§ 1331 and 1337.

19     6.      Venue is proper in this District under 15 U.S.C. § 22 and 28 U.S.C. § 1391 because
20  Defendants reside, transact business, or are found within this District.

21     7.      The activities of the Defendants and their co-conspirators, as described herein, were
22  within the flow of, were intended to, and did have a substantial effect on the foreign and interstate
23  commerce of the United States.

24     8.      The Court has personal jurisdiction over Defendants and their co-conspirators
25  because, *inter alia*, each: (a) transacted business in this District; (b) directly or indirectly sold and
26  delivered air transportation in this District; (c) had substantial aggregate contacts with this District;
27  and (d) engaged in an illegal price-fixing conspiracy that was directed at, and had the intended effect
28  of causing injury to, persons and entities residing in, located in or doing business in this District.

1

### III. THE PARTIES

2   **Plaintiff**

3       9.       Plaintiff Chaejean Ko, is a resident of Moraga, California, and purchased air
4   transportation from Korean Air Lines, Co., Ltd. during the Class Period.

5   **Defendants**

6       10.      Defendant Korean Air Lines Co., Ltd ("Korean Air") ranks in the top twenty of world
7   airlines in terms of passengers carried and is the largest airline based in South Korea.  Korean Air
8   was founded in 1962 as an intergovernmental enterprise and was privatized in March, 1969.  In
9   1972, Korean Air commenced transpacific passenger service to the United States.  Korean Air
10  operates international passenger and cargo services to 130 cities in 45 countries, including the United
11  States. Korean Air's main global world headquarters are located in Seoul, Korea, and its American
12  headquarters are based in Los Angeles, California.

13      11.      Defendant Asiana Airlines, Inc. ("Asiana") was established in 1988 and is Korea's
14  second largest airline, behind Korean Air.  In 1991, Asiana commenced passenger service to the
15  United States.   Asiana's global headquarters are located in Seoul, Korea.   Asiana operates
16  international passenger services to 63 cities in 17 countries.

17  **Co-Conspirators**

18      12.      Various others, presently unknown to Plaintiff, participated as co-conspirators with
19  the Defendants in the violations of law alleged in this Complaint and have engaged in conduct and
20  made statements in furtherance thereof.

21      13.      The acts charged in this Complaint have been done by Defendants and their co-
22  conspirators, or were authorized, ordered or done by their respective officers, agents, employees or
23  representatives while actively engaged in the management of each Defendant's business or affairs.

24      14.      Each of the Defendants named herein acted as the agent or joint venturer of or for the
25  other Defendants with respect to the acts, violations and common course of conduct alleged herein.

26                              **IV. CLASS ACTION ALLEGATIONS**

27      15.      Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules
28  of Civil Procedure on behalf of himself and a Plaintiff Class ("the Class") composed of and defined

---

CLASS ACTION COMPLAINT AND JURY TRIAL DEMAND                           3

1  as follows:

2           All persons and entities residing in the United States who or that,
           between January 1, 2000 and July 16, 2006, purchased passenger air
3           transportation from Defendants or any predecessor, subsidiary or
           affiliate thereof for travel between the United States and Korea.
4

5     16.   Specifically excluded from this Class are Federal Judges and Magistrates and their

6  immediate families; Defendants and any parent, subsidiary or affiliate thereof and any entity of

7  which Defendants have a controlling interest; and Defendants' officers, directors, employees and

8  immediate families.

9     17.   Plaintiff does not presently possess information identifying the exact size of the

10  Class. Based upon the nature of the commerce involved, Plaintiff believes the total number of class

11  members is sufficiently numerous such that joinder of all Class members would be impracticable.

12     18.   There are questions of law and fact which are common to the claims of Plaintiff and

13  the Class, which predominate over questions affecting only individual Class members. Among the

14  questions of law or fact common to the class are:

15           a.   Whether Defendants combined, agreed, and/or conspired with their co-
16                conspirators to fix, raise, maintain, and/or stabilize the prices for passenger
17                fares charged for flights between the United States and Korea;

18           b.   Whether the purpose and/or effect of the acts and omissions alleged herein
19                was to restrain trade, or to affect, fix, control, and/or maintain the prices for
20                passenger fares charged for flights between the United States and Korea;

21           c.   The existence and duration of the horizontal agreements alleged herein to fix,
22                raise, maintain, and/or stabilize the prices for passenger fares charged for
23                flights between the United States and Korea;

24           d.   Whether Defendants were members of, or participated in, the contract,
25                combination, and/or conspiracy alleged herein;

26           e.   Whether Defendants took steps to conceal the conspiracy from Plaintiff and
27                the members of the Class;

28           f.   Whether Defendants' agents, officers, employees, or representatives

CLASS ACTION COMPLAINT AND JURY TRIAL DEMAND                4

participated in correspondence and meetings in furtherance of the illegal
conspiracy alleged herein, and, if so, whether such agents, officers,
employees, or representatives were acting within the scope of their authority
and in furtherance of Defendants' business interests;

g.   Whether, and to what extent, the conduct of Defendants caused injury to
Plaintiff and members of the Class and, if so, the appropriate measure of
damages; and

h.   Whether Plaintiff and members of the Class are entitled to injunctive relief.

19.   Plaintiff's claims are typical of the claims of the members of the Class. The questions of law and fact which are common to the claims of the Plaintiff and the Class predominate over questions, if any, that may affect only individual members of the Class because, among other reasons, Defendants have acted on grounds generally applicable to the entire Class.

20.   Plaintiff will fairly and adequately assert and protect the interests of the members of the Class. The interests of Plaintiff are coincident with, and not antagonistic to, those of the other members of the Class.

21.   Plaintiff has retained counsel competent and experienced in the prosecution of complex class actions, and in particular, counsel has broad experience in complex antitrust litigation similar in size, scope, and complexity to the present case.

22.   A class action is superior to the alternatives, if any, for the fair and efficient adjudication of this controversy. This class action would preclude the potential for inconsistent or contradictory individual judgments that would dispose of or impair the interests of other prospective Class members not parties to individual litigation. Individualized litigation increases the delay and expense to all parties and the judicial system due to the complex legal and factual issues presented by this case. By contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court. This class action would establish compatible and consistent standards of conduct for Defendants.

23.   Defendants have acted or refused to act on grounds generally applicable to the Class,

1  thereby making appropriate final injunctive relief or corresponding declaratory relief with respect
2  to the Class as a whole.

3  ## V.  FACTUAL BACKGROUND

4      24.    During the Class Period, there was a continuous and uninterrupted flow of passenger
5  air transportation in interstate and international commerce throughout the United States and
6  internationally.

7      25.    Korean Air is the largest passenger carrier from the United States to Korea, and
8  averages more than $250 million per year on those flights. Korean Air does business in California,
9  including the sale of international passenger air transportation.

10      26.    Asiana is the second largest passenger carrier from the United States to Korea, and
11  is Korean Air's main rival on these routes. Asiana does business in California, including the sale
12  of international passenger air transportation.

13      27.    Defendants' unlawful activities, as described herein, have directly and substantially
14  affected interstate commerce in that Defendants and their co-conspirators have deprived Plaintiff and
15  the Class of free and open competition in the business of passenger air transportation.

16      28.    By reason of the violations of the Sherman Act as alleged herein, Plaintiff and the
17  other members of the Class paid more for passenger air transportation for flights between the United
18  States and Korea than they would have paid in the absence of the illegal combination and conspiracy
19  and, as a result, they have been injured and have suffered damages.

20      29.    During the Class Period, Defendants and their co-conspirators provided international
21  air transportation services for passengers. Defendants' passenger services transported people on
22  flights within Korea and internationally, including flights to and from the United States.

23      30.    During the Class Period, Defendants sold or caused to be sold tickets for passenger
24  air transportation on flights between the United States and Korea. Defendants' published fares
25  included a base fare and, at times during the Class Period, a fuel surcharge.

26      31.    Beginning no later than January 1, 2000, and continuing through at least July 16,
27  2006, Defendants and their co-conspirators entered into and engaged in a combination and
28  conspiracy to suppress and eliminate competition by fixing the price for passenger air fares charged

1  for flights between the United States and Korea.

2      32.    As part of their conspiracy, and in furtherance thereof, the acts Defendants and their
3  co-conspirators engaged in included, *inter alia*, the following:

4                  a.    Participating in meetings, conversations and communications in the United
5                        States and elsewhere to discuss one or both components of the passenger air
6                        fares (the base fare and the fuel surcharge) to be charged for flights between
7                        the United States and Korea;

8                  b.    Agreeing during such meetings, conversations and communications, on one
9                        or both components of the passenger air fares (i.e., the base fare and the fuel
10                       surcharge) to charge on flights between the United States and Korea; and

11                 c.    Levying passenger air fares on flights between the United States and Korea
12                       in accordance with the agreements reached.

13     33.    As a result of Defendants' unlawful conduct and conspiracy, Plaintiff and the
14  members of the Class paid artificially high prices for passenger air transportation and fuel
15  surcharges, and have been damaged thereby.

16     34.    The United States Department of Justice's investigation into Korean Air's criminal
17  conduct resulted in charges being filed in the United States District Court for the District of
18  Columbia on August 1, 2007.

19     35.    On August 1, 2007, Defendant Korean Air agreed to plead guilty to violating Section
20  1 of the Sherman Act, 15 U.S.C. §1 by participating in the price-fixing conspiracy alleged herein,
21  and has agreed to pay a $300 million criminal fine.

22     36.    Korean Air admitted its wrongdoing.  Korean Air attorney Ahn Yong-Seok, in
23  confirming the plea agreement, announced that Korean Air "apologises to shareholders and
24  customers for causing trouble." Ahn stated that Korean Air's compliance officer would attempt to
25  ensure future compliance with United States and global fair trade rules.

26     37.    Under the terms of the plea agreement, Korean Air as agreed to cooperate with the
27  DOJ's ongoing investigation.

28  ////

1

## VI. FRAUDULENT CONCEALMENT

2      38.    Throughout the conspiracy, Defendants and their co-conspirators affirmatively and

3  actively concealed their unlawful conduct from Plaintiff and the members of the Class.

4      39.    Defendants and their co-conspirators conducted their conspiracy in secret, concealed

5  the true nature of their unlawful conduct and acts in furtherance thereof, and actively concealed their

6  activities through various other means and methods to avoid detection. Plaintiff and members of

7  the Class did not discover, and could not have discovered through the exercise of reasonable

8  diligence, that Defendants and their co-conspirators were violating the antitrust laws as alleged

9  herein until shortly before this class action litigation was commenced.

10      40.    Only on or about August 1, 2007, when the DOJ announced Korean Air's guilty pleas

11  and criminal fines with regard to the price fixing passenger air transportation fares was the existence

12  of the conspiracy disclosed to the public. Plaintiff and the members of the Class could not have

13  discovered the unlawful conduct at an earlier date thorough the exercise of reasonable diligence

14  because of Defendants' active and purposeful concealment of their unlawful activities.

15      41.    Defendants and their co-conspirators engaged in a successful, illegal price-fixing

16  conspiracy with respect to passenger air transportation fares, as well as fuel surcharges, which they

17  affirmatively concealed in at least the following respects:

18          a.    by agreeing among themselves not to discuss publicly or otherwise reveal, the

19  nature and substance of the acts and communications in furtherance of their illegal scheme;

20          b.    by engaging in secret meetings, telephone calls and other communications in

21  order to further their illicit conduct; and/or

22          c.    by giving false and pretextual reasons for their pricing of passenger air

23  transportation fares, and for the increases in those prices during the relevant period, and by

24  describing such pricing and increases falsely as being the result of external costs rather than

25  collusion.

26      42.    As a result of the active concealment of the conspiracy by Defendants and their co-

27  conspirators, any and all applicable statutes of limitations otherwise applicable to the allegations

28  herein have been tolled.

1

## COUNT I

2

### (Violation of Section 1 of the Sherman Act)

3      43.    Plaintiff incorporates and realleges, as though fully set forth herein, each and every

4   allegation set forth in the preceding paragraphs of this Complaint.

5      44.    Beginning at a time presently unknown to Plaintiff, but at least as early as January

6   1, 2000, and continuing until at least July 16, 2006, Defendants and their co-conspirators entered

7   into a continuing agreement, understanding, and conspiracy in restraint of trade of commerce by

8   affecting, fixing, controlling and/or maintaining, at artificial and non-competitive levels, the prices

9   of air passenger fares for flights between the United States and Korea in violation of Section 1 of

10   the Sherman Act, 15 U.S.C. § 1.

11      45.    The acts committed by Defendants and their co-conspirators as alleged herein

12   unlawfully restrained interstate and foreign commerce and were against public policy and included

13   the following:

14                a.    agreeing to charge prices for fuel surcharges at certain levels and otherwise

15                      to fix, raise, maintain and/or stabilize the prices of passenger air

16                      transportation fares; and

17                b.    by charging fuel surcharges at agreed upon levels, thereby fixing passenger

18                      air transportation fares at the agreed upon rates.

19      46.    The combination and conspiracy alleged herein has had the following effects, among

20   others:

21                a.    Price competition in the sale of passenger fares for flights between the United

22                      States and Korea has been restrained, suppressed, and/or eliminated;

23                b.    Prices for passenger fares between the United States and Korea sold by

24                      Defendants have been fixed, raised, maintained and stabilized at artificially

25                      high, non-competitive levels; and

26                c.    Those who purchased passenger air fares for flights between the United

27                      States and Korea on the Defendants' airlines have been deprived of the

28                      benefits of free and open competition.

1    47.    Defendants' anticompetitive activities and their effects are in violation of the
2  Sherman Act.

3    48.    During the Class Period, Defendants sold passenger air transportation fares in a
4  continuous and uninterrupted flow of interstate and foreign commerce.  Defendants received
5  payment for such products across state and national boundaries. Defendants' activities, and the sale
6  of their services, have had a substantial anticompetitive effect upon interstate commerce within the
7  United States and foreign commerce.

8    49.    Plaintiff and the members of the Class have been injured by reason of the unlawful
9  acts of Defendants and their co-conspirators as alleged herein and are entitled to relief.

10                          **PRAYER FOR RELIEF**

11    WHEREFORE, Plaintiff prays:

12    A.    That the Court determine that this action may be maintained as a class action pursuant
13  to Rule 23 of the Federal Rules of Civil Procedure and direct that reasonable notice of this action,
14  as provided by Rule 23(c)(2) of the Federal Rules of Civil Procedure, be given to the Class;

15    B.    That the unlawful conduct, contract, conspiracy or combination alleged herein be
16  adjudged and decreed to be a violation of Section 1 of the Sherman Act, 15 U.S.C. §1;

17    C.    That Plaintiff and the Class be awarded damages;

18    D.    That the Plaintiff and the Class be awarded double or treble damages;

19    E.    That the Plaintiff and the Class recover interest on the damages award;

20    F.    That Plaintiff and the Class be awarded reasonable attorneys' fees and costs of suit;

21    G.    That Defendants be enjoined from continuing the unlawful combination and
22        conspiracy alleged herein; and

23    H.    That Plaintiff and the Class be granted such other, further and different relief as the
24        nature of the case may require or as may be deemed just and proper by this Court.

25  ////
26  ////
27  ////
28  ////

CLASS ACTION COMPLAINT AND JURY TRIAL DEMAND                 10

1

**JURY DEMAND**

2

Plaintiff hereby demands a trial by jury on all issues triable by jury.

3

4    Dated: September 26, 2007

5                                        Respectfully submitted,

6
                                         By:_____ /s/  Allan Steyer _____
7
                                         ALLAN STEYER
8                                        D. SCOTT MACRAE
                                         JILL M. MANNING
9                                        STEYER LOWENTHAL BOODROOKAS
                                            ALVAREZ & SMITH LLP
10                                       One California Street, Third Floor
                                         San Francisco, California 94111
11                                       Telephone: (415) 421-3400
                                         Facsimile: (415) 421-2234
12
                                         Counsel for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    S:\Korean Air Lines\Ko v KAL\Pleadings\Complaint - Ko.wpd