1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION ) ) ) ) | Master File No.: M 06-1793 (CRB) **MDL No. 1793** |
| This Document Relates to: ) ) ALL ACTIONS. ) ) | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

1    On October 3, 2007, Plaintiff in the action *Chaejean Ko v. Korean Air Lines Co., Ltd., et al.*, Case No. C 07-04977 (EDL), filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12.  The time for filing an opposition or statement of support has passed.  The Court, having considered the papers and pleadings on file, and good cause appearing, **GRANTS** the motion.

    IT IS HEREBY ORDERED that the following case is related to *In re International Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793 (Master File No. M-06-cv–01793 CRB), and is hereby reassigned to the undersigned judge:

    1.    *Chaejean Ko v. Korean Air Lines Co., Ltd., et al.*, Case No. C 07-04977 (EDL).

Dated: __October 5, 2007_____    _____
    The Honorable Charles R. Breyer
    United States District Court Judge



---
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
S:\Airline Passenger\Pleadings\Motion to relate case - Ko v Korea Air - prop order.wpd    1