ALLAN STEYER (Cal. Bar No. 100318)
D. SCOTT MACRAE (Cal. Bar No. 104663)
JILL M. MANNING (Cal. Bar No. 178849)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
e-mail: asteyer@steyerlaw.com
e-mail: jmanning@steyerlaw.com

Counsel for Plaintiff Chaejean Ko

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAEJEAN KO, on behalf of himself and all others similarly situated, | No. C 07-04977 CRB |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., corporations of the Republic of Korea, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, State of California, where the mailing occurs, and my business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, One California Street, Third Floor, San Francisco, CA 94111.

On the date set forth below, I served a true and correct copy of the following document:

**NOTICE OF OBJECTION OF PLAINTIFFS KAZ FUJITA AND CHAEJEAN KO TO THE NOVEMBER 13, 2007 ORDER APPOINTING INTERIM LEAD COUNSEL IN HYUNG PARK, ET AL. V. KOREAN AIR LINES CO., LTD., ET AL., CASE NO. CV-07-05107 (SJO) (C.D. Cal.)**

by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 27, 2007 at San Francisco, California.

/s/ Linda Rorem
Linda Rorem