FILED

**A CERTIFIED TRUE COPY**

JAN 1 4 2008

ATTEST _____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

2008 JAN 31  AM 10: 53

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
BY_____ NL

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**DEC 2 7 2007**

FILED
CLERK'S OFFICE

**F I L E D**

FEB 0 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST LITIGATION**

MDL No. 1891

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 19, 2007, the Panel transferred 23 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable S. James Otero.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Otero.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 19, 2007, and, with the consent of that court, assigned to the Honorable S. James Otero.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**Inasmuch as no objection is pending at this time, the stay is lifted.**

JAN 1 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 01/31/08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK



1197

**IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST LITIGATION**

MDL No. 1891

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

### DIST. DIV. C.A. #                CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  07-4576    R. Stan Morris v. Korean Air Lines Co., Ltd. CV08-637 SJO (MANx)
CAN 3  07-4891    Tae Ki Hwang, et al. v. Korean Air Lines Co., Ltd., et al. CVC8-638 SJO(MAN)
CAN 3  07-4977    Chaejean Ko v. Korean Air Lines Co., Ltd., et al. CV08-639 SJO (MANx)
CAN 3  07-5093    Jason Kim v. Korean Air Lines Co., Ltd., et al. CV08-640 SJO (MANx)
CAN 3  07-5142    Junghee Kay v. Korean Air Lines Co., Ltd., et al. CV08-642 SJO (MANx)
CAN 3  07-5143    Julie Yim, et al. v. Korean Air Lines Co., Ltd., et al. CV08-643 SJO(MANx)
CAN 3  07-5171    Kangsik Kay v. Korean Air Lines Co., Ltd., et al. CV08-644 SJO (MANx)
CAN 3  07-5216    Jo Kyu Chun v. Korean Air Lines Co., Ltd., et al. CV08-645 SJO (MANx)
CAN 3  07-5406    Won B. Kang, et al. v. Korean Air Lines Co., Ltd., et al. CV08-646 SJO(MAN)
CAN 3  07-5407    Christopher James Lee, et al. v. Korean Air Lines Co., Ltd., et al. CV08-647 SJO
CAN 3  07-5409    Peter Kim v. Korean Air Lines Co., Ltd., et al. CV08-648 SJO (MANx)    (MANx)

GEORGIA NORTHERN
GAN 1  07-2129    John Perry v. Korean Air Lines Co., Ltd., et al. CV08-649 SJO (MANx)

MINNESOTA
MN 0  07-3906    Steven Y. Hong, et al. v. Korean Air Lines Co., Ltd, et al. CV08-650 SJO(MANx)

WASHINGTON WESTERN
WAW 2  07-1373    Ki Won Lee v. Korean Air Lines Co, Ltd., et al. CV08-651 SJO (MANx)
WAW 2  07-1382    Sungshic Park v. Korean Air Lines Co., Ltd. CV08-657 SJO (MANx)
WAW 2  07-1450    Ki Ja Chung, et al. v. Asiana Airlines, Inc., et al. CVC8-658 SJO (MANx)
WAW 2  07-1478    Jane Kim v. Korean Air Lines Co., Ltd. CV08-659 SJO (MANx)
WAW 2  07-1506    Edward Yoo v. Korean Air Lines Co., Ltd., et al. CV08-660 SJO (MANx)
WAW 2  07-1507    Eddie Moon v. Korean Air Lines Co., Ltd., et al. CV08-661 SJO (MANx)
WAW 2  07-1599    Edward Cho v. Korean Air Lines Co., Ltd. CV08-662 SJO (MANx)
WAW 2  07-1602    Chang Choo v. Korean Air Lines Co., Ltd. CV08-664 SJO (MANx)
WAW 2  07-1643    Mark Youn v. Korean Air Lines Co., Ltd. CV08-666 SJO (MANx)
WAW 2  07-1691    Gyeong Hyeon Lee, et al. v. Korean Air Lines Co., Ltd. CV08-667 SJO (MANx)
WAW 2  07-1799    Kevin Moon, et al. v. Korean Air Lines Co., Ltd., et al. CV08-668 SJO (MANx)